## HERRE BROS., INC., Appellant,

v.

## Eric K. SHINSEKI, Secretary of Veterans Affairs, Appellee.

### No. 2009–1218.

United States Court of Appeals, Federal Circuit.

June 23, 2009.

Robert G. Ruggieri, Cohen Seglias Pallas Greenhall, Philadelphia, PA, for Appellant.

## ON MOTION

### ORDER

Upon consideration of the appellant's motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.